SCMF-12-0000538

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

In the Matter of the
JULY 2023 EXAMINATION FOR ADMISSION
TO THE BAR OF THE STATE OF HAWAIʻI

NOTICE OF PASSING THE HAWAIʻI BAR EXAMINATION

The applicants listed below are hereby notified that each has passed the

July 2023 Hawaiʻi examination for admission to the Bar of the State of Hawaiʻi, as

required by Rule 1.3(g)(1) of the Rules of the Supreme Court of the State of Hawaiʻi

(RSCH):

| | |
|---|---|
| Joshua Jesus Abeyta | Andrew Robert Crosby |
| Logan Takezo Araki | Ashveen Singh Dhillon |
| Pono I. Arias | Lindsay Nicole Demery Dragon |
| Koo Baker | Erin Yip Jun Dung |
| Jacob Alan Belue | Diana Samalaulu Ebron |
| Kathleen Anne Bissell | Laura Mae Essenberg |
| Chumahan Benjamin Bowen | Carina Isabel Fasi |
| Gennady Bronshteyn | Ian Neville Feinberg |
| Coco Laure Brown | Ritabelle Agnella Fernandes |
| Kira-Nariese Kiana Brown | Nia Kiakahikukunaokala Fernandez |
| Joel Peter Burgess | Nicholas Ryan Fletcher |
| Suhyeon Burns | Don Erik Franzen |
| Hiʻilei Kamaile Garcia Casco | Chiako Fukushima |
| Ethan Tooru Chun | Matthew Morgan Gentry |
| Daniel Joseph Comer | Jessica Morgan Germany |
| Alyssa Marie Couchie | Sabrina Naomi Marie Gouveia |
| Kelly Anne Cournoyer | Benjamin Matthew Narvaez Gozun |

Ying Gu
Noelle Batacan Guerrero
Jung Yun Ha
Devon Dawson Haia
Ana Flora Halsey
Stephanie Jacqueline Haro Sevilla
Kiana Herold
Abby Mitsue Kehaulani Hoke
David William Horger
Shayne Iwamoto
Wai Kit Jim
Gaurav Bobby Kalra
Gayle Lynne Ketchie-Barry
Gillian Schefer Kim
Michael David Klinger
Daniel Jeffrey Koller
Jessica E. La Londe
Jung Min Lee
William Cousteau Liang
Kyla Ann Livingston
Leahna Marie Luke
Brittny Rae Hiʻilani Marino
Dana Fumiko Matsunami
Mike Masaaki Matsuura
Kathryn Ashley Mayer
Micah Miyasato
Jenna Akie Moriwaki
Sierra Marie Myers
Jacqueline Anh Phi Nguyen

Jimmy Nguyen
Miki Kiyoko Nishizawa
Emily Maria Njus
Michael Edwin Njus
Chase Paul Parongao
Stefanie Louise Prinsloo
Nicole Rene Pritikin
Krystle Charisse Richman
Siena Isabel Schaar
Emily June Leinaʻala Schlack
Matthew Takeo Wong Shimabukuro
Elizabeth Loong Songvilay Clements
Megan C. Spence
James Mauliola Keaka Stone, III
Maya Wiemokly Sweeny
Reece Yoshikazu Tanaka
Sergio Andres Torres Grajales
Kalaeʻolaʻakuʻupokiʻialoha K.
  Trask-Sharpe
John Allan Niermann Treilhard
Alexander David Tungpalan
Johanna Mei Ping Ward
Shain Wasser
Gillian Eve Wickersham
Keoni Moen Williams
Kellie Kairi Li-An Wong
Shannon Mie Wong
Laura Lehuanani Yim

Each applicant is reminded that, until he or she has met all other requirements as set forth in RSCH Rule 1.3, and has been admitted to practice law by the Supreme Court of the State of Hawaiʻi, that applicant may <u>not</u> engage in the practice of law in this jurisdiction.

  DATED:  Honolulu, Hawaiʻi, October 16, 2023.

       BOARD OF EXAMINERS

       By: /s/ Elizabeth Zack

        Its Secretary

